**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronald HAMMONS, Defendant–
Appellant.**

**No. 11–15467**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 2, 2013.

Anne Ruth Schultz, Wifredo A. Ferrer, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Donald F. Chase, II, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Robin J. Farnsworth, Federal Public Defender's Office, Fort Lauderdale, FL, Ronald Hammons, USP Coleman I, Coleman, FL, for Defendant–Appellant.

Before CARNES, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Robin Farnsworth, appointed counsel for Ronald Hammons in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hammons's conviction and sentence are **AFFIRMED.**